**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, FRANCISCO REYNAGA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F- 06-00271 AWI |
| Plaintiff, ) | **STIPULATION TO MODIFY MOTIONS SCHEDULE; ORDER** |
| vs. ) | |
| FRANCISCO REYNAGA, et al., ) | |
| Defendant. ) | |

Attorney Joan Jacobs Levie has been asked to accept a CJA appointment to represent defendant FRANCISCO REYNAGA who is currently represented by retained counsel Martin Taleisnik.  Attorney Levie has not yet received any discovery in this matter and will not be able to comply with the schedule of the court to file motions by September 25, 2006 or to be available for a motions hearing on October 23, 2006, as she will be out of state on that date.  Ms. Levie has consulted with codefendants' counsel, Eric Kirsten and Gary Huss, and with counsel for the government, Kathleen Servatius.

///

///

///

**IT IS HEREBY STIPULATED** by and between the parties and their attorneys that the currently scheduled dates be modified as follows:

| ACTION | OLD DATE | NEW DATE |
|---|---|---|
| File defense motions | 9/25/06 | 10/16/06 |
| File government responses | 10/10/06 | 10/21/06 |
| File defense replies | 10/16/06 | 11/06/06 |
| Motions hearing | 10/23/06 | 11/13/06 |

The defendants agree to exclude time for the continuance on the motion hearing pursuant to 18 U.S.C. § 3161(h)(1).

DATED: _____

By:   Joan Jacobs Levie

JOAN JACOBS LEVIE

Attorney for Defendant

FRANCISCO REYNAGA


DATED: _____

By:   Gary Huss

GARY HUSS

Attorney for Defendant

DANIEL SALAS

DATED: _____

By: <u>Eric Kirsten          </u>

ERIC KIRSTEN

Attorney for Defendant

JAIME SALAS


DATED:    September 12, 2006

By: <u>Kathleen Servatius      </u>

KATHLEEN SERVATIUS

Assistant U.S. Attorney


* * * * *

**ORDER**

IT IS HEREBY ORDERED that time will be excluded for the continuance on the status conference pursuant to 18 U.S.C. § 3161 (h)(1) and that the dates of the motions proceedings will be continued in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on November 13, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 12, 2006**              <u>    /s/ Anthony W. Ishii       </u>

0m8i78                                              UNITED STATES DISTRICT JUDGE