McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4077

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00271 AWI |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| ) | CONTINUING HEARING ON |
| v. ) | DEFENDANT'S MOTION |
| ) | |
| ) | DATE:  December 4, 2006 |
| FRANCISCO REYNAGA, ET. AL., ) | TIME:   9:00 a.m. |
| ) | COURTROOM Two |
| Defendant. ) | HONORABLE Anthony W. Ishii |
| ) | |
| ) | |

The parties herein, through their respective counsel, having agreed and stipulated that the date set for the hearing on defendants' be continued from December 4, 2006 until December 11, 2006, at 9:00 a.m.,

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT time shall be excluded to and through and the Court's decision on such motions.

IT IS SO ORDERED.

**Dated:   December 1, 2006**               **/s/ Anthony W. Ishii**
9h0d30                                       UNITED STATES DISTRICT JUDGE

1